IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) GEOFFERY ROUNTREE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CIV-17-362-M |
| | ) | |
| v. | ) | |
| | ) | |
| (1) NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) | Removed from District Court of Oklahoma County, Case No. CJ-2017-666 |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Geoffery Rountree, and the Defendant, National Union Fire Insurance Company of Pittsburgh, Pa., hereby stipulate through their respective counsel that this case is dismissed with prejudice to the re-filing thereof, with each party to bear its own costs and attorney fees.

DATED this 1st day of February 2018.

| | |
|---|---|
| s/ *Paul M. Kolker* <br> Paul M. Kolker, OBA No. 18749 <br> **(Signed by filing attorney with permission from Plaintiff's counsel)** <br> PIGNATO, COOPER, KOLKER & ROBERSON, P.C. <br> Robinson Renaissance Building <br> 119 North Robinson Avenue, 11th Floor <br> Oklahoma City, Oklahoma 73102 <br> Telephone:   405-606-3333 <br> Facsimile:   405-606-3334 <br> Email:          paul@pclaw.org <br> <br> -and- <br> <br> Michael P. Hill, OBA No. 20728 <br> 308 Northwest 13th Street, Suite 100 <br> Oklahoma City, Oklahoma 73103 <br> Telephone:   405-232-0555 <br> Facsimile:   405-232-1849 <br> Email:          mike@burtonlaw.com <br> <br> **ATTORNEYS FOR PLAINTIFF, GEOFFERY ROUNTREE** | s/ *William D. Perrine* <br> William D. Perrine, OBA No. 11955 <br> Reagan Madison Fort, OBA No. 20761 <br> PERRINE, REDEMANN, BERRY, TAYLOR & SLOAN, P.L.L.C. <br> P.O. Box 1710 <br> Tulsa, Oklahoma 74101 <br> Telephone:   918-382-1400 <br> Facsimile:   918-382-1499 <br> wperrine@pmrlaw.net <br> rmadison@pmrlaw.net <br> <br> **ATTORNEYS FOR DEFENDANT, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.** |